## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                      No. 4:08CR00338 JLH

JOHN PAUL RICHESON                                        DEFENDANT

### ORDER

Jeremy B. Gordon has filed a motion for permission to file limited appearance on behalf of the defendant, John Paul Richeson, for the purpose of filing a motion for recommendation of residential re-entry placement. That motion is GRANTED. Document #33.

On Richeson's behalf, Gordon has filed a motion requesting the Court to recommend to the Bureau of Prisons the length of time for residential re-entry placement. The Court declines to make such a recommendation. The motion is DENIED. Document #34.

IT IS SO ORDERED this 6th day of November, 2014.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE