PROB 12B
ED/AR (12/2012)

# United States District Court

for the

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 31 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John Paul Richeson                    Case Number: 0860 4:08CR00338-001

Name of Sentencing Judicial Officer:    Honorable J. Leon Holmes
United States District Judge

Original Offense:    Receipt of Child Pornography

Date of Sentence:    September 2, 2009

Original Sentence:    108 months Bureau of Prisons followed by 15 years supervised release

Type of Supervision:    Supervised Release                Date Supervision Commenced: July 14, 2016
                                                          Date Supervision Expires: July 13, 2031

U. S. Probation Officer: Daniel M. Cole        Asst. U.S. Attorney: Kristin Bryant        Defense Attorney: Latrece Gray

---

### PETITIONING THE COURT

☐  To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒  To modify the conditions of supervision as follows:


**The defendant will submit their person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation office with reasonable suspicion concerning a violation of condition of probation or unlawful conduct by the person, and by the probation office in the lawful discharge of the office's supervision functions pursuant to 18 U.S.C. § 3583(d).**

### CAUSE

The probation office for the Eastern District of Arkansas continually assesses risk of sex offender cases in order to determine if modifications are required to assist in protecting the community, deterring offenders from further criminal activity, and creating an environment that is most conducive to treatment, relapse prevention, and education. In a review of Mr. Richeson's special conditions, it was discovered that a search condition had not been ordered. Having the ability to search will assist in enforcing special conditions of no contact with minors, no possession of pornography, and no accessing the internet or computers without computer monitoring. The defendant admitted to additional hands-on offending of minors that were unknown during sentencing. The above-noted search condition serves as a deterrence to violating conditions of release, protects the community from further criminal behavior and victims, and assists in providing accountability in treatment.

Prob 12B             - 2 -            Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: John Paul Richeson           Case Number: 0860 4:08CR00338-001

The need for this condition was discussed with Mr. Richeson and he had no objection. He signed a waiver of hearing that is attached. The waiver was provided to the Federal Public Defender's Office to assist in the advisement of rights. It is respectfully recommended the above condition be imposed.

_____
Daniel M. Cole
U.S. Probation Officer

Date: October 21, 2016

_____
Kristin Bryant
Assistant U.S. Attorney

Date: 10/24/16

Approved by:

_____
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Honorable J. Leon Holmes
United States District Judge

Date: October 31, 2016

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Latrece Gray
     Assistant U.S. Attorney, Kristin Bryant

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant will submit their person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation office with reasonable suspicion concerning a violation of condition of probation or unlawful conduct by the person, and by the probation office in the lawful discharge of the office's supervision functions pursuant to 18 U.S.C. § 3583(d).

Witness _____  Signed _____
             (U.S. Probation Officer)                           (Probationer or Supervised Releasee)

                          10-7-16
                          (Date)